DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GEORGE FIELD** and **DAWN FIELD**,
Appellants,

v.

**ALS I, LLC** and **SAW CAPITAL, LLC**,
Appellees.

No. 4D19-383

[May 7, 2020]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Lawrence M. Mirman, Judge; L.T. Case No. 562018CA001240.

Donna Greenspan of Solomon of Solomon Appeals, Mediation & Arbitration, Fort Lauderdale, for appellants.

Damian G. Waldman of The Law Office of Damian G. Waldman, P.A., Largo, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN and KLINGENSMITH, JJ., and LEVENSON, JEFFREY R., Associate Judge, concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***